1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9    JOSE ANTONIO RODRIGUEZ,

10            Petitioner,                    No. 2:11-cv-3142 JFM (HC)

11        vs.

12   WARDEN,

13            Respondent.                    <u>ORDER</u>

14   _____/

15            Petitioner, a state prisoner at Correctional Training Facility, filed a letter

16   addressed to the Clerk of the Court which has been opened as the instant action.  No other

17   pleadings have been filed by the petitioner.  In the letter, petitioner alleges that he has not been

18   timely released from state prison.  He also states that he wants to file two lawsuits, one "to

19   CDCR of Lancaster Prison, Two to LA County Jail."  Letter, filed November 28, 2011, at 3.

20            A civil action is commenced in federal court by filing an appropriate pleading in

21   the proper court.  Nothing in petitioner's letter demonstrates that venue would be proper in this

22   court for either a petition for writ of habeas corpus or either of the civil actions mentioned in the

23   letter.  Accordingly, this action will be closed.

24            In accordance with the above, IT IS HEREBY ORDERED that:

25   /////

26   /////

1

1.  The Clerk of the Court shall send petitioner a form petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, two form civil rights complaints pursuant to 42 U.S.C. § 1983, and three applications to proceed in forma pauperis by a prisoner; and

2.  The Clerk of the Court is directed to close this action.

DATED: December 8, 2011.

UNITED STATES MAGISTRATE JUDGE

12/kly
rodr3142.nopetition