IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ANTONIO RODRIGUEZ,

    Petitioner,               No. 2:11-cv-3142 JFM (HC)

    vs.

WARDEN,

    Respondent.             <u>ORDER</u>

                                /

        Petitioner, a state prisoner at Correctional Training Facility, filed a letter addressed to the Clerk of the Court which was been opened as the instant action. In the letter, petitioner alleged that he has not been timely released from state prison. He also states that he wants to file two lawsuits, one "to CDCR of Lancaster Prison, Two to LA County Jail." Letter, filed November 28, 2011, at 3.

        By order filed December 9, 2011, the Clerk of the Court was directed to send petitioner a form petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, two form civil rights complaints pursuant to 42 U.S.C. § 1983, and three applications to proceed in forma pauperis by a prisoner and to close this action. That order and the documents were served on petitioner on the same day. On December 21, 2011, petitioner filed another letter, which appears to contain allegations similar to the original letter. This action was closed on December 9, 2011.

/////

1

1 | Petitioner is advised that documents filed by petitioner since the closing date will be disregarded
2 | and no orders will issue in response to future filings.
3 | DATED: January 10, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
rodr3142.58